In the Matter of the Claim of MAURICE HOLZMAN, Appellant, against GOTTFRIED BAKING Co., INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Submitted July 23, 1940; decided October 2, 1940.

*Maurice Holzman*, in person, for motion.

*Samuel Schub* opposed.

Motion dismissed on the ground that the appellant has not complied with section 591 of the Civil Practice Act.